IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MICHAEL LEE BOYKINS,                    )
                                        )
            Petitioner,                 )
                                        )
v.                                      )        CIVIL ACTION NO.  2:11cv174-WHA
                                        )
UNITED STATES OF AMERICA,               )                    (WO)
                                        )
            Respondent.                 )

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent, United States of America, and

against the Petitioner, Michael Lee Boykins, and this case is DISMISSED with prejudice.

DONE this 7th day of March, 2013.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE